UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SIERRA NAVARRETTE,<br>Petitioner,<br>v.<br>TODD BLANCHE[1], et al.,<br>Respondents. | Case No. CV 5:26-01639-RAO<br><br>JUDGMENT |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and this action is closed.

DATED: November 2, 2026

/s/
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRTE JUDGE

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Todd Blanche, the Attorney General, is hereby substituted as Respondent.